**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**

Mark W. Haigh United States Magistrate Judge Presiding

| | |
|---|---|
| Courtroom Deputy - KLE | Court Reporter – FTR |
| Courtroom - RC #2 | Date – April 27, 2026 |
| Probation – Kathryn Brown | |

5:26-cr-50043-11

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>vs.<br><br>Reynea Lucero<br><br>Defendant. | Paige Petersen<br><br><br><br>John Stanton Dorsey |

TIME HEARING SCHEDULED TO BEGIN: 4:00 p.m.

TIME:

4:10 p.m. Enter initial appearance, arraignment and detention hearing before the Honorable Mark W. Haigh, United States Magistrate Judge.

Counsel note their appearances for the record.

Ms. Petersen reads the sole count contained in the Indictment.

The defendant is informed of her rights, the allegations against her, and the maximum possible penalties.

A financial affidavit has been executed and will be filed.

The Court enters an **Oral Order** appointing John Dorsey to represent the defendant.

The Court enters a plea of not guilty on behalf of Reynea Lucero to the charge contained in the indictment.

Ms. Petersen moves for detention. Mr. Dorsey consents to detention at this time.

The Court enters an order of detention.

4:21 p.m. Court Adjourned.