UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>REYNEA LUCERO<br><br>Defendant. | CR 5:26-CR-50043-11<br><br>RECEIPT FOR RETURN OF EXHIBITS |

Received from Matthew W. Thelen, Clerk, United States District Court for the District of South Dakota, the following exhibits:

Exhibit(s) 1 of the Detention Hearing

Dated this 16th day of June, 2026.

Nicole Graff for
Ben Patterson
Attorney for the Plaintiff