**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**

Mark W. Haigh United States Magistrate Judge Presiding

| | |
|---|---|
| Courtroom Deputy - MC | Court Reporter – FTR |
| Courtroom - RC #2 | Date – June 30, 2026 |

5:26-cr-50043

| | |
|---|---|
| United States of America | Benjamin Patterson |
| Plaintiff, | |
| vs. | |
| Reynea Lucero | John Dorsey |
| Defendant. | |

TIME HEARING SCHEDULED TO BEGIN: 1:30 p.m.

TIME:

1:30 p.m. Enter arraignment hearing before the Honorable Mark W. Haigh.

Counsel notes their appearances for the record. The defendant is present in custody.

The defendant requested a continuance of the hearing due to new attorney being retained, Matt Kinney.

Court granted continuance of arraignment hearing.

1:33 p.m. Court Adjourned.