**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**

Mark W. Haigh United States Magistrate Judge Presiding

| | |
|---|---|
| Courtroom Deputy - MC | Court Reporter – FTR |
| Courtroom - RC #2 | Date – July 9, 2026 |

5:26-cr-50043

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>vs.<br><br>Reynea Lucero<br><br>Defendant. | Megan Poppen for Benjamin Patterson<br><br><br><br><br><br>Matt Kinney |

TIME HEARING SCHEDULED TO BEGIN: 3:00 p.m.

<u>TIME:</u>

3:04 p.m. Enter initial and arraignment hearing before the Honorable Mark W. Haigh.

Counsel notes their appearances for the record. The defendant is present in custody.

Ms. Poppen reads the superseding indictment.

The defendant informed of her rights, the allegations against her, and the maximum possible penalties.

The Court will enter a not guilty plea on behalf of the defendant.

3:12 p.m. Court Adjourned.