UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REYNEA LUCERO,<br><br>Defendant. | 5:26-CR-50043-CCT-11<br><br>WITNESS AND EXHIBIT SCHEDULING ORDER |

Defendant Reynea Lucero filed a Motion to Suppress (Doc. 201) in the above case.

NOW THEREFORE, it is hereby

ORDERED that an evidentiary hearing addressing the Motion to Suppress will be held **Tuesday, August 25, 2026 at 1:00 p.m.**, in Courtroom 2. It is further

ORDERED that Counsel shall provide to United States Magistrate Judge Mark Haigh's Chambers and opposing counsel, but not file, exhibit and witness lists by **noon on the Friday prior to the evidentiary hearing**. It is further

ORDERED by **noon on the Friday prior to the evidentiary hearing**, counsel shall provide copies of the exhibits for the United States and the Defendant to United States Magistrate Judge Mark Haigh's Chambers. It is further

ORDERED that Counsel shall contact Judge Haigh's Chambers five (5) business days prior to the hearing for instruction on the use of courtroom technology, if needed.

DATED this 12th day of August, 2026.

BY THE COURT:

MARK W. HAIGH
United States Magistrate Judge