UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REYNEA LUCERO,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CR 26-50043<br><br>**DEFENDANT'S MOTION TO WITHDRAW MOTION TO SUPPRESS** |

Reynea Lucero, Defendant above-named, by and through her attorney of record, Matthew J. Kinney, hereby moves this Honorable Court for an Order allowing the withdrawal of Defendant's previously filed Motion to Suppress. Ms. Lucero is charged with Conspiracy to Distribute a Controlled Substance in an Indictment dated April 14, 2026. Ms. Lucero's previous counsel, John Stanton Dorsey, filed Defendant Lucero's Motion to Suppress on June 23, 2026. A hearing on the motion is scheduled for Tuesday, August 25, 2026 at 1:00 p.m.

WHEREFORE, the Defendant respectfully requests the Court allow for the withdrawal of Defendant's Motion to Suppress.

DATED this 20th day of August, 2026.

KINNEY LAW, P.C.

By: /s/ Matthew J. Kinney

Matthew J. Kinney
Attorney for Defendant
121 W. Hudson
Spearfish, SD 57783
(605) 642-2147
Email: matt@kinney-law.com

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August, 2026 I served a true and correct copy of the foregoing document by electronic filing:

Benjamin Patteron
Assistant US Attorney
515 9th Street, #201
Rapid City, SD 57701
Email: ben.patterson@usdoj.gov

/s/ Matthew J. Kinney
Matthew J. Kinney