UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REYNEA LUCERO,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CR 26-50043<br><br>**DEFENDANT'S MOTION FOR PRETRIAL RELEASE** |

Reynea Lucero, Defendant above-named, by and through her attorney of record, Matthew J. Kinney, hereby moves this Honorable Court for an Order modifying the Order of Detention previously entered herein and allowing her pretrial release. Ms. Lucero is charged with Conspiracy to Distribute a Controlled Substance in an Indictment dated April 14, 2026. Ms. Lucero's arraignment in this case was on June 30, 2026.

WHEREFORE, the Defendant respectfully requests the Court schedule a hearing on Defendant's Motion for Reconsideration of Pretrial Release for an opportunity to be heard on the Motion.

DATED this 20th day of August, 2026.

KINNEY LAW, P.C.

By: /s/ Matthew J. Kinney

Matthew J. Kinney
Attorney for Defendant
121 W. Hudson
Spearfish, SD 57783
(605) 642-2147
Email: matt@kinney-law.com

CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August, 2026 I served a true and correct copy of the foregoing document by electronic filing:

Benjamin Patteron
Assistant US Attorney
515 9th Street, #201
Rapid City, SD 57701
Email: ben.patterson@usdoj.gov

/s/ Matthew J. Kinney
Matthew J. Kinney