UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>REYNEA LUCERO,<br>Defendant. | 5:26-CR-50043-CCT-11<br><br>ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW DOCUMENT (DKT. 259) |

The District Court has referred this matter to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(A) and D.S.D. Local Rule 57.11. On June 23, 2026, Defendant Reynea Lucero moved to suppress certain evidence in her criminal case.[1] Dkt. 201. Ms. Lucero has now filed a motion to withdraw her motion to suppress.[2] Dkt. 259. Good cause appearing, it is

ORDERED that Ms. Lucero's motion to withdraw (Dkt. 259) is granted. The motion to suppress (Dkt. 201) and evidentiary hearing scheduling order (Dkt. 225) will be stricken.

DATED this 20th day of August, 2026.

BY THE COURT:

MARK W. HAIGH
United States Magistrate Judge

[1] Ms. Lucero's motion to suppress was filed by her former attorney, John Dorsey. See Dkt. 201. After the filing of the motion, Mr. Dorsey withdrew as counsel for Ms. Lucero, and Matthew Kinney filed a notice of appearance on Ms. Lucero's behalf. See Dkts. 208, 209, 211.

[2] The Court finds this motion suitable for resolution without a response from the government. If the government wishes to be heard on this matter, it may file an appropriate motion with the Court.