**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH DAKOTA**

Mark W. Haigh United States District Judge Presiding

| | |
|---|---|
| Courtroom Deputy - MC | Court Reporter – FTR |
| Courtroom - RC #2 | Date – August 31, 2026 |

5:26-cr-50043

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>vs.<br><br>Reynea Lucero<br><br>Defendant. | Benjamin Patterson<br><br><br><br><br><br>Matt Kinney |

TIME HEARING SCHEDULED TO BEGIN: 1:30 p.m.

TIME:

1:33 p.m. Enter Motion hearing before the Honorable Mark W. Haigh, United States Magistrate Judge.

Enter initial appearance on the superseding indictment. Defendant waives the reading of the superseding indictment. Judge enters a not guilty plea as to those charges on the superseding indictment.

Counsel notes their appearances for the record. The defendant is present in custody.

Mr. Kinney argues in support of the Motion for Pretrial Release [260].

Mr. Patterson responds and argues against the Motion for Pretrial Release [260].

The Court will issue a written decision as to the Motion for Pretrial Release [260].

1:47 p.m. Court Adjourned.