UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REYNEA LUCERO,<br><br>Defendant. | 5:26-CR-50043-CCT<br><br>ORDER DENYING MOTION FOR PRETRIAL RELEASE (DOC. 260) |

A hearing was held on Defendant's Motion for Pretrial Release on August 31, 2026. The government opposed the Motion. The government appeared by and through its counsel, Benjamin Patterson. Defendant appeared by and through her counsel, Matthew Kinney.

Defendant had an initial appearance in this matter on April 27, 2026, and at that hearing consented to detention (Doc. 86). Defendant moved for a detention hearing and pretrial release on May 11, 2026 (Doc. 150). An evidentiary detention hearing was held in this matter on May 13, 2026, and by order dated May 13, 2026, Defendant was detained pending trial (Doc 156). Pursuant to 18 U.S.C. § 3142(f)(2)(B), the detention hearing may be reopened at any time before trial "if the judicial officer finds that information exists that was not known at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such personas required and the safety of

any other person and the community." At the August 21, 2026, hearing defendant presented a new proposed plan and living arrangement for pretrial release as the new information to be considered for release pursuant to 18 U.S.C. § 3142(f)(2)(B). The court took the arguments of the parties under advisement pending verification from Pretrial Services regarding the proposed pretrial release plan. After consideration of the Addendum to Pretrial Services report (Doc 271) in conjunction with 18 U.S.C. 3142(e) detention factors, the court finds that Defendant's new proposed release plan does not mitigate her risk of nonappearance and danger to the community. The Court is particularly concerned with the fact that Defendant testified at her May 13, 2026, detention hearing that she was a user of controlled substances and the proposed release plan includes a temporary living arrangement in a household with two young children.

Defendant's Motion for Pretrial Release is Denied.

DATED this 11th day of September, 2026.

BY THE COURT:

MARK W. HAIGH
United States Magistrate Judge