UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REYNEA LUCERO,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CR 26-50043<br><br><br><br>**MOTION TO WITHDRAW AS COUNSEL** |

Matthew J. Kinney, Kinney Law, pc, attorney for Defendant Reynea Lucero, moves this Honorable Court, for its Order allowing him to immediately withdraw as counsel at the request of the Defendant.

WHEREFORE, it is requested that the Court allow the undersigned to withdraw as counsel for Reynea Lucero.

DATED this 2nd day of November, 2026.

KINNEY LAW, P.C.

By: /s/ Matthew J. Kinney

Matthew J. Kinney
Attorney for Defendant
121 W. Hudson
Spearfish, SD 57783
(605) 642-2147
Email: matt@kinney-law.com

CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of November, 2026 I served a true and correct copy of the foregoing document by electronic filing:

Benjamin Patterson
Assistant US Attorney
515 9th Street, #201
Rapid City, SD 57701
Email: ben.patterson@usdoj.gov

/s/ Matthew J. Kinney
Matthew J. Kinney