UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>REYNEA LUCERO,<br>Defendant. | 5:26-CR-50043-CCT-11<br><br>ORDER APPOINTING STANDBY COUNSEL |

Defendant Reynea Lucero filed an *ex parte* request to proceed *pro se*. Dkt. 303. The Court held an *ex parte* Faretta[1] hearing on November 16, 2026. Dkt. 305. At the hearing, the Court questioned Ms. Lucero about her request and informed her of her constitutional rights. Id. Ms. Lucero signed a waiver of her right to counsel. Dkt. 306. The Court concluded that Ms. Lucero had made a clear and unequivocal request to represent herself and granted her motion to proceed *pro se* (Dkt. 303), as well as Attorney Matthew J. Kinney's motion to withdraw as counsel (Dkt. 300). Dkts. 305, 307, 308. The Court further stated standby counsel would be appointed to assist Ms. Lucero. Dkt. 305. It is hereby

ORDERED that CJA attorney Nicholas J. Peterson is appointed as standby counsel. It is further

[1] Faretta v. California, 422 U.S. 806 (1975).

ORDERED that the United States Attorney's Office serve on Defendant all pleadings it publicly files. It is further

ORDERED that standby counsel shall facilitate access to discovery, obtain and provide access to requested transcripts, assemble and maintain a binder with copies of all pleadings for Defendant's review, and provide access to sealed and restricted court documents consistent with Local Rule 57.10. It is further

ORDERED that the Clerk's office mail only public orders filed in this case directly to the Defendant. It is further

ORDERED that the Clerk of Court shall deliver a copy of this order to the United States Marshals Service and the United States Attorney's Office.

DATED this 25th day of November, 2026.

BY THE COURT:

MARK W. HAIGH
United States Magistrate Judge